Argued and submitted December 20, 1996, reversed and remanded April 30, 1997

STATE OF OREGON,
*Appellant,*

*v.*

IGNACIO MENDEZ,
*Respondent.*

(CR95-50952; CA A92394)

938 P2d 246

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Walter J. Ledesma, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Miller*, 146 Or App 303, 932 P2d 112 (1997); *State v. Maddux*, 144 Or 34, 925 P2d 124 (1996).